UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CENTRO DE LA COMUNIDAD HISPANA
DE LOCUST VALLEY; and THE
WORKPLACE PROJECT,

        **ORDER ADOPTING REPORT**
        **AND RECOMMENDATION**
        10-CV-2262 (DRH)

Plaintiffs,

-against-

TOWN OF OYSTER BAY; JOHN
VENDITTO, Town Supervisor of the Town
of Oyster Bay,

Defendants.
--------------------------------------------------------X

Presently before the Court is the Report and Recommendation of Magistrate Judge Anne Y. Shields, dated June 18, 2019, recommending that Plaintiffs' motion for attorney's fees and cost be granted to the extent that Plaintiffs be awarded $1,482,248.00 in attorney's fees and $23,558.00 in costs for a total monetary award of $1,505,806.00. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the June 18, 2019 Report and Recommendation of Judge Shields as if set forth herein. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion for attorneys' fees is granted to the extent that Plaintiffs are awarded $1,482,248.00 in attorney's fees

and $23,558.00 in costs for a total monetary award of $1,505,806.00.

Dated: Central Islip, New York
      July 3, 2019                                  /s/ Denis R. Hurley
                                                      Denis R. Hurley
                                                       United States District Judge